v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee**

NO. 03–15–00801–CV

Court of Appeals of Texas, Austin.

January 25, 2016

Cynthia L. Sexton, Austin, TX, for Appellant.

Jannice Joseph, Assistant District Attorney, Austin, TX, for Appellee.

Before Chief Justice Rose, Justices Pemberton and Bourland

### ORDER

**E.A. and R.A., Appellants**

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee**

NO. 03–15–00811–CV

Court of Appeals of Texas, Austin.

January 27, 2016

Alice E. Price, Scott S. Cooley, Martin Millican Cooley, Lampasas, TX, for appellant.

Michael D. Becker, Office of General Counsel, Texas Department of Family and Protective Services, Austin, TX, for appellee.

Before Justices Puryear, Goodwin, and Field

### ORDER

PER CURIAM

Appellants E.A. and R.A. filed their notices of appeal on December 16, 2015. The appellate record was complete January 11, 2016, making appellants' briefs due Febru-

ary 1, 2016. On January 26, 2016, counsel for appellants filed a motion for extension of time to file appellants' briefs.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellants' briefs no later than February 16, 2016. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on January 27, 2016.